IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEREK LEE WEBB,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:24cv23 |
| | ) **Electronic Filing** |
| **ORLANDO HARPER,** | ) |
| **DISTRICT ATTORNEY OF** | ) |
| **ALLEGHENY COUNTY** and | ) |
| **JILL E. RANGOS** | ) |
| | ) |
| Respondents. | ) |

# MEMORANDUM ORDER

AND NOW, this 24th day of February, 2025, after *de novo* review of the record and upon due consideration of 1) petitioner's habeas corpus petition and 2) the magistrate judge's report and recommendation filed on January 16, 2025, IT IS ORDERED that [4], [19] the Petition and Amended Petition for Writ of Habeas Corpus be, and the same hereby are, denied as baseless and frivolous, and the concomitant request for a certificate of appealability is denied.  The [33] report and recommendation of January 16, 2025, is adopted as the opinion of the court; and

IT FURTHER IS ORDERED that [30] petitioner's motion to compel discovery be, and the same hereby is, denied.

Petitioner's [35] objections are overruled.  Petitioner's generalized perceptions about the foundation for and adequacy of the process employed in the underlying prosecution and the affiliations of Judge Rangos do not change the nature of assertions he has advanced in support of the requested relief.

                                                         s/David Stewart Cercone
                                                         David Stewart Cercone
                                                         Senior United States District Judge

cc: DEREK LEE WEBB
1515 Duquesne Place Dr., Apt 2-215
Pittsburgh, PA 15110

(*Sent Via First Class Mail*)